UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Gary Clunie, et. al.,
        Plaintiffs

vs

Better Integrated Systems, Inc.,
et. al.,
        Defendants

Case No. C-1-09-mc-65
(Dlott, J)
(Hogan, M.J.)

## REPORT AND RECOMMENDATION

This matter is before the Court on Plaintiffs' Motion to Issue a Writ of Execution (Doc. 2), Defendants' Response to Plaintiffs' Motion for Writ of Execution (Doc. 3), and Plaintiffs' Reply thereto (Doc. 4).

On November 16, 2009, Plaintiffs Gary, Valarie and Sarah Clunie registered a foreign judgment with this Court and asked the Court to issue a writ of execution authorizing Plaintiffs to collect the judgment. The motion became ripe on December 29, 2010. Thereafter, on January 12, 2010, Defendants provided payment of the judgment (without interest) to Plaintiffs. Thus, the Motion to Issue a Writ of Execution (Doc. 2) is moot and denied as such.

**IT IS THEREFORE RECOMMENDED THAT:**

1)     Plaintiffs' Motion to Issue a Writ of Execution (Doc. 2) be DENIED AS MOOT.

2)     This case be TERMINATED upon the Court's docket.

Date: 1/20/10

Timothy S. Hogan
United States Magistrate Judge

## NOTICE TO THE PARTIES REGARDING THE FILING
## OF OBJECTIONS TO THIS R&R

Pursuant to Fed. R. Civ. P. 72(b), within fourteen (14) days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See United States v. Walters,* 638 F.2d 947 (6th Cir. 1981); *Thomas v. Arn,* 474 U.S. 140, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985).

J:\LES\ERISA\Clunie.writ.moot.wpd