IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| GARY CLUNIE, et al., | : |
| | : |
| Plaintiff(s), | : |
| | : Case Number: 1:09mc65 |
| vs. | : |
| | : Chief Judge Susan J. Dlott |
| BETTER INTEGRATED SYSTEMS, Inc., | : |
| | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on January 29, 2010 (Doc. 6), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 9, 2010, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiffs' Motion to Issue a Writ of Execution (Doc. 2) is **DENIED AS MOOT.** This case is **TERMINATED** upon the Court's docket.

IT IS SO ORDERED.

   s/Susan J. Dlott  
Chief Judge Susan J. Dlott  
United States District Court